UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Jodi Hohman,**

        **Plaintiff,**

**CASE NUMBER: 16-13282**
**HONORABLE VICTORIA A. ROBERTS**
**MAGISTRATE JUDGE MAJZOUB**

v.

**Internal Revenue Service and Department of the Treasury,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 18, 2017, Magistrate Judge Majzoub issued a Report and Recommendation [Doc. 22], recommending that Defendants' Motion for Summary Judgment be **GRANTED IN PART AND DENIED IN PART**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendants' motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. The Court substitutes the Treasury Inspector General for Tax Administration ("TIGTA") in the place of the Department of Treasury.

2. Hohman's FOIA claim against the IRS is **DISMISSED AS MOOT**, and the IRS's Motion for Summary Judgment is **DENIED** in this regard.

3. TIGTA's Motion for Summary Judgment on Hohman's FOIA claim is **GRANTED** with regard to whether the information was properly exempted from disclosure under Exemption 7(C).

4. TIGTA's Motion for Summary Judgment on Hohman's FOIA claim is

**DENIED** without prejudice on segregability grounds. TIGTA is directed to produce a Vaughn index that describes each of the documents withheld and the reasons why those documents are non-segregable in sufficient detail to allow the court to make an independent assessment of its claims for non-segregability.

5. The IRS and TIGTA's Motion for Summary Judgment on Plaintiff's Privacy Act Claim is **GRANTED**. Plaintiff's Privacy Act claims are **DISMISSED**.

6. Hohman is permitted to file a motion for attorney's fees and costs against Defendant IRS pursuant to 5 U.S.C. 552(a)(4). She must file such motion on or before February 3, 2018.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 8, 2018

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 8, 2018.

S/Linda Vertriest
Deputy Clerk