UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODI C. HOHMAN,

    Plaintiff,                                     Case No. 16-13282
                                                  Honorable Victoria A. Roberts

v.

INTERNAL REVENUE SERVICE, et al.,

    Defendants.
_____/

**<u>ORDER GRANTING TIGTA'S MOTION FOR *IN CAMERA* REVIEW [Doc. 32]
AND GRANTING TIGTA SUMMARY JUDGMENT ON PLAINTIFF'S FOIA CLAIM</u>**

On December 18, 2017, Magistrate Judge Mona K. Majzoub issued a report and recommendation ("R & R") on Defendants' motion for summary judgment. The R & R recommended disposing of all of Plaintiff's claims except for part of her Freedom of Information Act ("FOIA") claim against the Treasury Inspector General for Tax Administration ("TIGTA"). On that claim, the R & R recommended denying without prejudice the motion for summary judgment and requiring TIGTA "to produce a Vaughn index that describes each of the documents withheld and the reasons why those documents are non-segregable in sufficient detail to allow the court to make an independent assessment of its claims for non-segregability."

The Court adopted the R & R [*see* Doc. 23] and subsequently entered an order providing that:

> On or before April 17, 2018, [TIGTA] will prepare a Vaughn Index. The Vaughn Index will be submitted along with a motion and brief which request that the Court consider the Vaughn Index – in camera – before making a decision concerning its release to Plaintiff. The parties seem to be in agreement that the Court can make a decision concerning the exemptions TIGTA claims to the release of documents, and that this

matter will not proceed to trial once these legal determinations are made concerning the withheld documents.

[Doc. 24]. On April 17, 2018, TIGTA filed the above-referenced motion for *in camera* review of *Vaughn* index [Doc. 32], and submitted to the Court for *in camera* review the *Vaughn* index, a declaration, and a supplemental brief in support of its motion for summary judgment.

TIGTA's motion for *in camera* review of *Vaughn* index [Doc. 32] is **GRANTED**.

The Court reviewed the materials TIGTA submitted for *in camera* inspection. In those materials, TIGTA sufficiently demonstrates that the withheld records are not segregable and that it reasonably withheld their disclosure.

Accordingly, the Court **GRANTS** TIGTA summary judgment on Plaintiff's FOIA claim. This resolves the final outstanding issue in the case. A judgment will follow.

**IT IS ORDERED**.

S/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: May 18, 2018